

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 11–40214
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Patrick Round | Angelica Spring Round |
| aka Robert P. Round | aka Angelica S. Round, aka Angelica Hunsinger |
| 157 Gray Fox Dr. | 157 Gray Fox Dr. |
| Lawndale, NC 28090 | Lawndale, NC 28090 |
| Social Security No.: xxx–xx–5960 | Social Security No.: xxx–xx–3835 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Transfer of Claim filed in the above referenced case on 04/20/2013 as document # 47 is defective for the reason(s) marked below:

    Female Debtor's first name spelled incorrectly.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 22, 2013                                                                                               Steven T. Salata
                                                                                                                                  Clerk of Court

Electronically filed and signed (4/22/13)