United States Bankruptcy Court
Western District of North Carolina

In re:  
Robert Patrick Round  
Angelica Spring Round  
    Debtors

Case No. 11-40214-jcw  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0419-4     User: ea     Page 1 of 2     Date Rcvd: Apr 22, 2013  
                        Form ID: 274    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2013.  
4873056     +eCAST Settlement Corporation,   c/o Bass & Associates P.C.,   3936 E Ft. Lowell Suite 200,      TUCSON, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                        **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0419-4          User: ea                    Page 2 of 2                   Date Rcvd: Apr 22, 2013
                              Form ID: 274                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
          Ashley A Edwards    on behalf of Creditor    Time Warner Cable Inc. ashleyedwards@parkerpoe.com
          James S. Livermon, III    on behalf of Creditor    Branch Banking and Trust Company
           jlivermon@poynerspruill.com
          Langdon M. Cooper    trustee.lcooper@mhc-law.com, lcooper@ecf.epiqsystems.com,jyoungs@mhc-law.com
          Matthew L. Underwood    on behalf of Creditor    HSBC Bank Nevada, N.A.
           matt.underwood@brockandscott.com, cltecfnotices@brockandscott.com
          Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
          Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
          William S. Gardner    on behalf of Debtor Angelica Spring Round Billgardner@gardnerlawoffices.com,
           cgardner@gardnerlawoffices.com
          William S. Gardner    on behalf of Debtor Robert Patrick Round Billgardner@gardnerlawoffices.com,
           cgardner@gardnerlawoffices.com
                                                                                     TOTAL: 8



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 11−40214
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Patrick Round | Angelica Spring Round |
| aka Robert P. Round | aka Angelica S. Round, aka Angelica Hunsinger |
| 157 Gray Fox Dr. | 157 Gray Fox Dr. |
| Lawndale, NC 28090 | Lawndale, NC 28090 |
| Social Security No.: xxx−xx−5960 | Social Security No.: xxx−xx−3835 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Transfer of Claim filed in the above referenced case on 04/20/2013 as document # 47 is defective for the reason(s) marked below:

Female Debtor's first name spelled incorrectly.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: April 22, 2013                                                                                   Steven T. Salata
                                                                                                         Clerk of Court

Electronically filed and signed (4/22/13)